United States Bankruptcy Court
District of Puerto Rico

In re:  
JOHANNA PACHECO CASTRO  
     Debtor

Case No. 12-09740-BKT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: machargoa     Page 1 of 2     Date Rcvd: Mar 05, 2013  
                         Form ID: pdf002     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2013.  
db         JOHANNA PACHECO CASTRO,    EDIF 26 APT 357,    RES LAS MARGARITAS II,    SAN JUAN, PR   00915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2013**            **Signature:** _Joseph Speetjens_

```
District/off: 0104-3          User: machargoa           Page 2 of 2                  Date Rcvd: Mar 05, 2013
                              Form ID: pdf002           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2013 at the address(es) listed below:
              CARLOS E PEREZ PASTRANA (JH)    on behalf of Creditor    RELIABLE FINANCIAL SERVICES
               cperezp@reliablefinancial.com, jhernandezm@reliablefinancial.com
              HIRAM  LOZADA PEREZ    on behalf of Creditor    COOP A/C DEPTO EDUCACION hiramlozada@yahoo.com
              JESUS  SANTIAGO MALAVET    on behalf of Debtor JOHANNA  PACHECO CASTRO
               jsantiago.smslopsc@gmail.com,
               pachy.smslopsc@gmail.com;smslopsc@gmail.com;secretaria.smslopsc@gmail.com;recepcion.smslopsc@gmai
               l.com;archivo.smslopsc@gmail.com;drivera.smslopsc@gmail.com;jtorres.smslopsc@gmail.com;asantodomi
               ngo.smslopsc@gmail.com
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              JOSE RAMON CARRION MORALES (LL)    on behalf of Trustee JOSE RAMON CARRION MORALES
               newecfmail@ch13-pr.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOHANNA PACHECO CASTRO

XXX-XX-4566

Debtor(s)

CASE NO. 12-09740 BKT

Chapter 13

FILED & ENTERED ON 03/05/2013

## ORDER GRANTING EXTENSION OF TIME

The Debtor is allowed until March 19, 2013 to answer the motion to dismiss filed by Trustee (RE:docket entry #19).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 05 day of March, 2013.

Brian K. Tester
U. S. Bankruptcy Judge