**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                       Case No. **3:12-bk-9740**

**PACHECO-CASTRO, JOHANNA**                          Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **4/08/2013**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| | **208.00** | | **4** | | **832.00** |
| | **280.00** | | **40** | | **11,200.00** |
| | **391.00** | | **16** | | **6,256.00** |
| | | | | | |
| | | | | | |

TOTAL: $ **18,288.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **18,288.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,500.00**

Signed: **/s/ JOHANNA PACHECO-CASTRO**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☑ Trustee pays VALUE OF COLLATERAL:
Cr. **RELIABLE FINANCIAL SERVICES, INC.** Cr. _____
# **851-670041** # _____ # _____
$ **10,375.00** $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**ADMIN. DE LOS SIST    ASOCIACION EMPL COOP A/C EMPL. DE**
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
               ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**ALL TAX REFUNDS WILL BE ADDED TO PLAN BASE AFTER TREASURY DEPARTMENT DISBURSEMENT. VALUE OF COLLATERAL ON AUTOMOBILE WILL BE PAID BY TRUSTEE. TITLE OF THE COLLATERAL SHALL BE SURRENDERED UPON FULL PAYMENT BY TRUSTEE OF THE SECURED PORTION OF THE DEBT.**

Attorney for Debtor **JESUS SANTIAGO MALAVET**      Phone: **(787) 727-3058**

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PACHECO-CASTRO, JOHANNA** Case No. **3:12-bk-9740**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **DEPT. DE LA VIVIENI** | | |